United States District Court
Southern District of Texas
**ENTERED**
November 16, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SYLVIA LOPERENA, <br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary, <br> Department of Homeland Security <br> Defendant. | § § § § § § § § § | Civil Action No. 1:21-cv-00059 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 57). The R&R recommended that this Court grant Defendant Alejandro Mayorkas, Secretary of the United States Department of Homeland Security's Motion for Summary Judgment (Dkt. No. 41) and direct the Clerk of Court to close this civil action. Dkt. No. 57 at 24.

Objections to the R&R were due on October 30, 2023. No objections were filed. If there have been no objections to the magistrate's ruling, then the appropriate standard of review is "clearly erroneous, abuse of discretion and contrary to law." *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 57) is **ADOPTED**. It is **ORDERED** that Plaintiff's claims against Defendant are hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this 16th day of November, 2023.

_____
Rolando Olvera
United States District Judge